UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARIO CORTEZ, MARIA CISNEROS, ANTONIO TOSCANO, FRANCISCO JAVIER GONZALEZ, JESUS RODRIGUEZ, CECILIA GARCIA, JOSE LUIS RAYGOZA, and JOSE GUZMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIEIRA CUSTOM CHOPPING, INC., a California Corporation; V & S COMMODITY, INC., a California Corporation; CHRISTINA VIEIRA; and MATTHEW SEPEDA,<br><br>Defendants. | Case No.: 1:17-CV-01647-DAD-SKO<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>**(Doc. 15)** |

The Court is in receipt of the parties' Stipulation to Amend the Court's Scheduling Order Regarding Discovery and Class Certification requesting a sixty-day continuance of several pretrial dates (the "Stipulation"). (Doc. 15.) For good cause shown, including the parties' representation that they are attending a second mediation on May 3, 2019, the Court GRANTS the parties' Stipulation and ORDERS the Scheduling Order (Doc. 14), modified as follows:

1. The deadline for Plaintiffs' class certification discovery, currently set for April 11, 2019, shall be continued to June 10, 2019. The deadline for Defendants' class certification discovery shall not be extended.

2. The deadline for filing of the motion for class certification, currently set for May 13,

2019, shall be continued to July 12, 2019.

3. The deadline for filing any opposition to the motion for class certification, currently set for June 7, 2019, shall be continued to August 6, 2019.

4. The deadline for filing any reply brief in support of the motion for class certification, currently set for June 21, 2019, shall be continued to August 20, 2019.

5. The hearing on the motion for class certification, currently set for July 2, 2019, shall be continued to September 4, 2019, at 9:30 a.m., before the Honorable Dale A. Drozd, in Courtroom 5.

6. Should the matter resolve in mediation, the parties are ORDERED to advise the Court within 14 calendar days thereafter that the matter has been resolved and provide the Court with a further date on which the parties will submit a joint stipulation of settlement to the Court.

7. All other deadlines and hearing dates on schedule in this matter shall remain unchanged.

IT IS SO ORDERED.

Dated: **April 4, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE