John E. Hill, State Bar #45338
Enrique Martínez, State Bar #206884
LAW OFFICES OF JOHN E. HILL
333 Hegenberger Road, Ste. 500
Oakland, CA 94621
Telephone: (510) 588-1000
Facsimile: (510) 632-1445

Attorneys for Plaintiffs & Class

Anthony Raimondo, State Bar No. 200387
Steven R. Wainess, State Bar No. 106645
RAIMONDO & ASSOCIATES, A Law Corporation
7110 N. Marks Avenue, Suite 104
Fresno, CA 93711
Telephone: (559) 432-3000
Facsimile: (559) 432-2242

Attorneys for Defendants, Vieira Custom Chopping, Inc., V & S Commodity, Inc., Christina Vieira, and Matthew Sepeda

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CORTEZ, MARIA CISNEROS, ANTONIO TOSCANO, FRANCISCO JAVIER GONZALEZ, JESUS RODRIGUEZ, CECILIA GARCIA, JOSE LUIS RAYGOZA, and JOSE GUZMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIEIRA CUSTOM CHOPPING, INC., a California Corporation; V & S COMMODITY, INC., a California Corporation; CHRISTINA VIEIRA; and MATTHEW SEPEDA<br><br>Defendants. | Case No.: 1:17-CV-01647-DAD-SKO<br><br>**ORDER TO VACATE DATES AND SET SCHEDULE FOR CONDITIONAL JUDICIAL APPROVAL OF SETTLEMENT**<br><br>(Doc. 18) |

The parties to this action filed a Notice of Settlement of Class and Collective Action ("Notice"). (Doc. 18)

According to the Notice, the parties have resolved this matter and intend to submit a Motion for Conditional Judicial Approval of the Settlement reached by the parties. In response to this Notice and to facilitate the parties' intentions, IT IS HEREBY ORDERED THAT:

1. The parties shall file a Motion for Conditional Judicial Approval of Settlement on or before July 29, 2019. The Motion shall be set for hearing at the time of filing before the Honorable Dale A. Drozd, in accordance with Rule 230 of the Local Rules of the United States District Court, Eastern District of California; and

2. Except for the deadlines set forth in this Order all other deadlines in this case are hereby vacated.

IT IS SO ORDERED.

Dated: **June 2, 2019**    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

**ORDER TO VACATE DATES AND SET SCHEDULE FOR CONDITIONAL JUDICIAL APPROVAL OF SETTLEMENT**