1  John E. Hill, State Bar #45338
   Enrique Martínez, State Bar #206884
2  LAW OFFICES OF JOHN E. HILL
   333 Hegenberger Road, Ste. 500
3  Oakland, CA 94621
   Telephone:  (510) 588-1000
4  Facsimile: (510) 632-1445
   enriquemartinez@hill-law-offices.com
5

6  *Attorneys for Plaintiffs & Putative Class*

7

8                    **UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10                          **FRESNO DIVISION**

11  MARIO CORTEZ, MARIA CISNEROS,          Case No.: 1:17-CV-01647-DAD-SKO
    ANTONIO TOSCANO, FRANCISCO JAVIER
12  GONZALEZ, JESUS RODRIGUEZ, CECILIA     **PLAINTIFFS' NOTICE OF MOTION AND**
    GARCIA, JOSE LUIS RAYGOZA, and JOSE    **MOTION  FOR PRELIMINARY**
13  GUZMAN, on behalf of themselves and all **APPROVAL OF CLASS AND**
    others similarly situated,             **COLLECTIVE ACTION SETTLEMENT**
14
15          Plaintiffs,                     Judge:  Hon. Dale A. Drozd
                                            Date:    TBD
16  vs.                                     Time:   9:30 a.m.
                                            Place:   Courtroom 5
17  VIEIRA CUSTOM CHOPPING, INC., a
    California Corporation; V & S COMMODITY,
18  INC., a California Corporation; CHRISTINA
    VIEIRA; and MATTHEW SEPEDA,
19
20                          Defendants.

21

22

23

24

25

26

27

28

To the Clerk of the Court and to all parties of record and their respective counsel, PLEASE TAKE NOTICE that Plaintiffs Mario Cortez, Maria Cisneros, Antonio Toscano, Francisco Javier Gonzalez, Jesus Rodriguez, Cecilia Garcia, Jose Luis Raygoza, and Jose Guzman, individually and on behalf of all other similarly-situated individuals, with the consent of all Defendants, move for (1) preliminary approval of the parties' class and collective action settlement agreement, a copy of which is attached as Exhibit 1 to the accompanying Declaration of Enrique Martínez; (2) preliminary certification of the class under Rule 23, appointment of Plaintiffs' counsel as Class Counsel under Rule 23(g), and appointment of the Named Plaintiffs to represent the Settlement Class; (3) conditional certification of a collective action under the Fair Labor Standards Act ("FLSA"); (4) approval of the (a) proposed method and form of notice to members of the class and collective action; (b) opt-in procedures for the collective action; and (c) Implementation Schedule (see Martínez Decl., Exhibits 1A–1D); (5) approval of CPT Group Class Action Administrators as the Claims Administrator; and (6) the scheduling of a final fairness hearing.

The grounds for this Motion are that the parties have reached a good faith, arms-length settlement of this matter after extensive settlement negotiations, including a full-day mediation before a professional mediator; the settlement of the class claims is procedurally and substantively fair; the settlement reflects a fair and reasonable resolution of a bona fide dispute under the FLSA; Plaintiffs' counsel and Plaintiffs, as representatives of the class, believe that the proposed settlement is in the best interests of the class as a whole; and all parties desire to conclude this matter without further expense, delay, and uncertainty of continued litigation.

This motion is based on the accompanying Memorandum of Points and Authorities; Declaration of Enrique Martínez and supporting exhibits; Declarations of Plaintiffs Mario Cortez, Maria Cisneros, Antonio Toscano, Francisco Javier Gonzalez, Jesus Rodriguez, Cecilia Garcia, Jose Luis Raygoza, and Jose Guzman; Declaration of Michael P. Murray, CPA Regarding Review of Defendants' Financial Records; proposed Order submitted herewith; all other records, pleadings, and papers filed in this action; and on such other evidence and argument as may be presented to the Court at the hearing.

Dated: July 29, 2019                              Respectfully submitted,

                                                 LAW OFFICES OF JOHN E. HILL

                                                 By: */s/  Enrique Martinez*
                                                      Enrique Martínez
                                                 *Attorneys for Plaintiffs & Putative Class*