UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CORTEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VIEIRA CUSTOM CHOPPING, INC., et al.,<br><br>　　　　Defendants. | No. 1:17-cv-01647-DAD-SKO<br><br>ORDER GIVING EFFECT TO STIPULATION TO CONTINUE HEARING FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND RELATED FILING DATES<br><br>(Doc. No. 30) |

On September 23, 2019, the undersigned issued an order granting plaintiffs Mario Cortez, Maria Cisneros, Antonio Toscano, Francisco Javier Gonzalez, Jesus Rodriguez, Cecilia Garcia, Jose Luis Raygoza, and Jose Guzman's motion for preliminary approval of class action and collective action settlement. (Doc. No. 29.) In that order, the court approved an implementation schedule that set a hearing for final approval of the class action settlement on December 17, 2019. (*Id.* at 21–22.) By stipulation, the parties have requested the following: (1) that the hearing for final approval of the proposed settlement be continued from December 17, 2019 to January 31, 2020; (2) that the motion for final approval of class action settlement shall be filed on or before January 3, 2020, twenty-eight (28) days in advance of the final approval hearing, in accordance with Local Rule 230; and (3) that pursuant to this new schedule and to the parties' request, the

1

first payment by defendants of $75,000, originally due by November 1, 2019 under paragraph 36 of the parties' settlement agreement, shall be due and deposited in the claims administrator's qualified settlement fund thirty (30) days from the date of the final approval order. (Doc. No. 30.)

The parties having so stipulated, and good cause appearing, the hearing for final approval of the proposed settlement will be continued. However, because the civil law and motion calendar for the undersigned is held on the first and third Tuesday of every month, the court will continue the hearing to February 4, 2020. Accordingly, the motion for final approval of class action settlement shall be filed on or before January 7, 2020. Lastly, the first payment by defendants of $75,000, originally due by November 1, 2019, shall be due and deposited in the claims administrator's qualified settlement fund thirty (30) days from the date of the final approval order.

IT IS SO ORDERED.

Dated: **October 28, 2019**

UNITED STATES DISTRICT JUDGE